IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** King, Shaulonda R

Printed: 10/22/08

Case Number: 05 B 21274
Judge: Wedoff, Eugene R
Filed: 5/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 2, 2008
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,207.44 |  |
| Secured: |  | 2,542.05 |
| Unsecured: |  | 9,381.07 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 676.88 |
| Other Funds: |  | 607.44 |
| Totals: | 13,207.44 | 13,207.44 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Armco | Secured | 1,649.03 | 1,649.03 |
| 2. | Aaron Rents | Secured | 1.00 | 1.00 |
| 3. | Armco | Secured | 892.02 | 892.02 |
| 4. | Illinois Dept of Revenue | Priority | 2,400.87 | 0.00 |
| 5. | National Recoveries Inc | Unsecured | 4.74 | 31.40 |
| 6. | RMI/MCSI | Unsecured | 15.00 | 99.40 |
| 7. | Nationwide Acceptance Corp | Unsecured | 73.67 | 488.18 |
| 8. | AmeriCash Loans, LLC | Unsecured | 31.23 | 206.91 |
| 9. | Nicor Gas | Unsecured | 90.65 | 600.77 |
| 10. | National Recoveries Inc | Unsecured | 7.18 | 47.55 |
| 11. | Educational Credit Management Corp | Unsecured | 397.81 | 2,635.70 |
| 12. | CB USA | Unsecured | 27.00 | 178.86 |
| 13. | RoundUp Funding LLC | Unsecured | 624.30 | 4,137.30 |
| 14. | ATP 411 | Unsecured | 43.57 | 288.71 |
| 15. | Fast Cash Advance | Unsecured | 53.48 | 354.37 |
| 16. | SBC | Unsecured | 47.07 | 311.92 |
| 17. | Illinois Title Loans | Secured | | No Claim Filed |
| 18. | Illinois Dept Of Employment Sec | Priority | | No Claim Filed |
| 19. | Markham Courthouse | Priority | | No Claim Filed |
| 20. | Markham Courthouse | Priority | | No Claim Filed |
| 21. | NCO Financial Systems | Priority | | No Claim Filed |
| 22. | Collection Company Of America | Unsecured | | No Claim Filed |
| 23. | CorTrust Bank | Unsecured | | No Claim Filed |
| 24. | Allied Interstate | Unsecured | | No Claim Filed |
| 25. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 26. | Collection Company Of America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: King, Shaulonda R | Case Number: 05 B 21274 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 5/26/05 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Collection Company Of America | Unsecured | | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. | America's Recovery Network | Unsecured | | No Claim Filed |
| 30. | Collection Company Of America | Unsecured | | No Claim Filed |
| 31. | National Revenue Corporation | Unsecured | | No Claim Filed |
| 32. | Park Dansan | Unsecured | | No Claim Filed |
| 33. | Nicor Gas | Unsecured | | No Claim Filed |
| 34. | Credit Protection Association | Unsecured | | No Claim Filed |
| 35. | Pekay & Blitstein P C | Unsecured | | No Claim Filed |
| 36. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 37. | Professional Collection | Unsecured | | No Claim Filed |
| 38. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 39. | USA Payday Loans | Unsecured | | No Claim Filed |
| 40. | Account Recovery Service | Unsecured | | No Claim Filed |
| 41. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 42. | Collection Company Of America | Unsecured | | No Claim Filed |
| 43. | Nationwide City | Unsecured | | No Claim Filed |
| | | | $ 6,358.62 | $ 11,923.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 219.72 |
| 5% | 56.62 |
| 4.8% | 100.93 |
| 5.4% | 244.49 |
| 6.5% | 55.12 |
| | $ 676.88 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

